# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Sara Diaz-Lebel,

      Plaintiff,

v.

TD Bank USA, N.A., et al.,

      Defendants.

Civ. No. 17-5110 (BRT)

**ORDER OF DISMISSAL WITH PREJUDICE**

Based on the Stipulation of Dismissal with Prejudice (Doc. No. 404), IT IS HEREBY ORDERED that:

1. Plaintiff Sara Diaz-Lebel's claims in this action are dismissed, with prejudice and on the merits, without costs or fees to any Party.

2. This Court retains jurisdiction over the Parties' settlement of Ms. Diaz-Lebel's claims.

3. This dismissal is with prejudice only as to Ms. Diaz-Lebel's individual claims, and without prejudice as to the claims asserted on behalf of absent class members.

Date: December 5, 2019

                                                    *s/ Becky R. Thorson*
                                                    BECKY R. THORSON
                                                    United States Magistrate Judge